UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
ALEX E. RINEHART, On Behalf of :
Himself And All Others Similarly Situated, :
  :
    Plaintiff, :
  :
vs. : Civil Action No: 08 Civ. 5598 (MGC)
  :
LEHMAN BROTHERS HOLDINGS INC., :
Richard S. Fuld, Jr., Michael L. Ainslie, :
John F. Akers, Roger Berlind, Thomas H. :
Cruikshank, Marsha Johnson Evans, :
Christopher Gent, Roland A. Hernandez, :
Henry Kaufman, John D. Macomber, Erin :
M. Callan, Wendy M. Uvino, The :
Employee Benefit Plans Committee, and :
John Does 1-10, :
  :
    Defendants. :
----------------------------------------------------------x
JO ANNE BUZZO, individually and on :
behalf of all others similarly situated, :
  :
    Plaintiff, :
vs. : Civil Action No: 08 Civ. 6245 (UA)
  :
LEHMAN BROTHERS HOLDINGS INC., :
Wendy M. Uvino, Lehman Brothers :
Holdings Inc. Employee Benefit Plans :
Committee, John Does 1-10, Henry :
Kaufman, John F. Akers, Roger S. Berlind, :
Marsha Johnson Evans and Roland A. :
Hernandez. :
  :
    Defendants. :
----------------------------------------------------------x
MONIQUE MILLER FONG, On Behalf Of :
Herself And All Others Similarly Situated, :
  :
    Plaintiff, :
  :
vs. : Civil Action No: 08 Civ. 6282 (UA)
  :
LEHMAN BROTHERS HOLDINGS INC., :
RICHARD S. FULD, JR., MICHAEL L. :
AINSLIE, JOHN F. AKERS, ROGER S. :
BERLIND, THOMAS H. CRUIKSHANK, :
MARSHA JOHNSON EVANS, SIR :
CHRISTOPHER GENT, JERRY A. :
GRUNDHOFER, ROLAND A. :
HERNANDEZ, HENRY KAUFMAN, :
JOHN D. MACOMBER, ERIN M. :
CALLAN, WENDY M. UVINO, THE :

```
EMPLOYEE BENEFIT PLANS              :
COMMITTEE, and JOHN DOES 1-10,      :
                                    :
         Defendants.                :
------------------------------------x
```

**NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND FOR APPOINTMENT OF INTERIM LEAD PLAINTIFF, INTERIM LEAD COUNSEL AND INTERIM LIAISON COUNSEL**

PLEASE TAKE NOTICE THAT Plaintiff Jo Anne Bozzo ("Plaintiff" or "Buzzo") hereby moves this Court for the entry of [Proposed] Pretrial Order No. 1 submitted to the Court herewith which:

1. Consolidates the above captioned actions;

2. Appoints Buzzo as Lead Plaintiff for the Lehman Brothers Savings Plan ("Plan") and on behalf of a class of participants and beneficiaries of that Plan ("Participants");

3. Appoints Izard Nobel L.L.P. ("Izard Nobel") Interim Lead Counsel for the ERISA class plaintiffs;

5. Appoints Sarraf Gentile L.L.P. ("Sarraf Gentile") as Interim Liaison Counsel for the ERISA class plaintiffs.

**WHEREFORE**, for the reasons set forth in the supporting documents filed herewith, Plaintiff respectfully requests that this Court grant this motion and enter the [Proposed] Pretrial Order No. 1 submitted to the Court herewith.

Dated: July 15, 2008                              Respectfully submitted:

                                            **SARRAF GENTILE LLP**

                                            By: /s/ Ronen Sarraf
                                               Ronen Sarraf
                                               Joseph Gentile
                                               11 Hanover Square, 2nd Floor
                                               New York, NY 10005
                                               Telephone: (212) 868-3610
                                               Facsimile: (212) 918-7967
                                               ronen@sarrafgentile.com
                                               joseph@sarrafgentile.com

Robert A. Izard
**IZARD NOBEL LLP**
20 Church St., 17th Floor
Hartford, CT 06103
Telephone: (860) 493-6293
Facsimile: (860) 493-6290
*rizard@izardnobel.com*

Major Khan
**MAJOR KHAN LLC**
20 Bellevue Terrace
Weehawken, NJ 07086
Telephone: (646) 546-5664
Facsimile: (646) 546-5755
*mk@mk-llc.com*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2008: (i) a true and correct copy of the foregoing motion and accompanying papers were electronically filed using the Court's ECF system which will send a notification of such filing to all users of the ECF system; (ii) a true and correct copy of the [Proposed] Pretrial Order No. 1 was emailed to judgments@nysd.uscourts.gov; and, (iii) a true and correct copy of the same was served by U.S. Mail upon the following:

Jonathan K. Youngwood  
Simpson Thatcher & Bartlett LLP  
425 Lexington Avenue  
New York, NY 10017-3954

                                                  /s/ Ronen Sarraf