UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------x
ALEX E. RINEHART, On Behalf of Himself and      :
All Others Similarly Situated,                  :
                                                : Civil Action No. 08-cv-5598 (MGC)
                        Plaintiff,              :
                                                :
            vs.                                 :
                                                :
LEHMAN BROTHERS HOLDINGS INC.,                  :
RICHARD S. FULD, JR., MICHAEL L. AINSLIE,       :
JOHN F. AKERS, ROGER S. BERLIND,                :
THOMAS H. CRUIKSHANK, MARSHA                    :
JOHNSON EVANS, SIR CHRISTOPHER GENT,            :
ROLAND A. HERNANDEZ, HENRY KAUFMAN,             :
JOHN D. MACOMBER, ERIN M. CALLAN,               :
WENDY M. UVINO, THE EMPLOYEE BENEFIT            :
PLANS COMMITTEE, and JOHN DOES 1-10,            :
                                                :
                        Defendants.             :
------------------------------------------------------------------x
```

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Michael J. Chepiga, a member of this

Court in good standing, respectfully enters his appearance as counsel for defendants

Lehman Brothers Holdings Inc., Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers,

Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent,

Roland A. Hernandez, Henry Kaufman, John D. Macomber, Erin M. Callan, Wendy M.

Uvino and the Employee Benefit Plans Committee in this action and also has been

designated to accept service of all pleadings, notices, filings, correspondence and other

papers relating to this litigation on behalf of the aforementioned defendants.

Dated:  July 16, 2008                Respectfully submitted,

/s/ Michael J. Chepiga_____
Michael J. Chepiga
mchepiga@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Defendants*