UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
ALEX E. RINEHART, On Behalf of Himself and     :
All Others Similarly Situated,                 :
                                               :  Civil Action No. 08-cv-5598 (MGC)
                    Plaintiff,                 :
                                               :
         vs.                                   :
                                               :
LEHMAN BROTHERS HOLDINGS INC.,                 :
RICHARD S. FULD, JR., MICHAEL L. AINSLIE,      :
JOHN F. AKERS, ROGER S. BERLIND,               :
THOMAS H. CRUIKSHANK, MARSHA                   :
JOHNSON EVANS, SIR CHRISTOPHER GENT,           :
ROLAND A. HERNANDEZ, HENRY KAUFMAN,            :
JOHN D. MACOMBER, ERIN M. CALLAN,              :
WENDY M. UVINO, THE EMPLOYEE BENEFIT           :
PLANS COMMITTEE, and JOHN DOES 1-10,           :
                                               :
                    Defendants.                :
-----------------------------------------------------------------x
```

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
## LEHMAN BROTHERS HOLDINGS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Lehman Brothers Holdings, Inc. ("Lehman") certifies as follows:

      1.    Lehman does not have a parent company.

      2.    No publicly-held corporation directly or indirectly controls 10% or more of Lehman's stock.

Dated: July 16, 2008                Respectfully submitted,

                                            /s/ Michael J. Chepiga_____

Michael J. Chepiga
mchepiga@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Defendants*