KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX E. RINEHART, On Behalf of Himself And All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>LEHMAN BROTHERS HOLDINGS INC., RICHARD S. FULD, JR., MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, SIR CHRISTOPHER GENT, ROLAND A. HERNANDEZ, HENRY KAUFMAN, JOHN D. MACOMBER, ERIN M. CALLAN, WENDY M. UVINO, THE EMPLOYEE BENEFIT PLANS COMMITTEE, and JOHN DOES 1-10,<br><br>　　　　　　　　Defendants. | Civil Action No. 08cv5598 (LAK) |

## STIPULATION AND ORDER

　　　　WHEREAS, Defendant Lehman Brothers Holdings Inc. ("Lehman Brothers") was served with the Complaint in the above-captioned action on or about July 1, 2008;

　　　　WHEREAS, Defendant Lehman Brothers' time to respond to the Complaint expires on July 21, 2008;

　　　　WHEREAS, counsel for Plaintiff and counsel for Defendants are in the process of negotiating a joint scheduling order to propose to the Court;

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendants, that all Defendants time to answer, move against, or

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

2

otherwise respond to the Complaint in the above-captioned case is hereby extended for 45 days, until September 4, 2008.

Dated: July 18, 2008

                        GAINEY & McKENNA

                        By /s/ Thomas J. McKenna
                        Thomas J. McKenna
                        295 Madison Avenue
                        New York, New York 10017
                        Telephone: (212) 983-1300
                        Fax: (212) 983-0383

                        *Attorneys for Plaintiff*


                        SIMPSON THACHER & BARTLETT LLP

                        By /s/
                        Michael J. Chepiga
                        Paul C. Curnin
                        Jonathan K. Youngwood
                        425 Lexington Avenue
                        New York, New York 10017-3954
                        Telephone: (212) 455-2000
                        Facsimile: 212-455-2502

                        *Attorneys for Defendants*


SO ORDERED:

/s/
United States District Judge

Dated: July 21, 2008