UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX E. RINEHART, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS HOLDINGS INC., RICHARD S. FULD, JR., MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, SIR CHRISTOPHER GENT, ROLAND A. HERNANDEZ, HENRY KAUFMAN, JOHN D. MACOMBER, ERIN M. CALLAN, WENDY M. UVINO, THE EMPLOYEE BENEFIT PLANS COMMITTEE, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 08cv5598 (LAK) |

[Additional Captions Follow]

**DECLARATION OF MARK C. RIFKIN IN OPPOSITION TO PLAINTIFF JO ANNE BUZZO'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND FOR APPOINTMENT OF INTERIM LEAD PLAINTIFF, INTERIM LEAD COUNSEL AND <u>INTERIM LIAISON COUNSEL</u>**

| | |
|---|---|
| JO ANNE BUZZO, On Behalf of Herself And All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS HOLDINGS INC., WENDY M. UVINO, LEHMAN BROTHERS HOLDINGS INC. EMPLOYEE BENEFIT PLANS COMMITTEE, JOHN DOES 1-10, HENRY KAUFMAN, JOHN F. AKERS, ROGER S. BERLIND, MARSHA JOHNSON EVANS, and ROLAND A. HERNANDEZ,<br><br>                Defendants. | **Civil Action No. 08cv6245 (UA)** |
| MONIQUE MILLER FONG, On Behalf of Herself And All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS HOLDINGS INC., RICHARD S. FULD, JR., MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, SIR CHRISTOPHER GENT, JERRY A. GRUNDHOFER, ROLAND A. HERNANDEZ, HENRY KAUFMAN, JOHN D. MACOMBER, ERIN M. CALLAN, WENDY M. UVINO, THE EMPLOYEE BENEFIT PLANS COMMITTEE, and JOHN DOES 1-10,<br><br>                Defendants. | **Civil Action No. 08cv6282 (LAK)** |

1. I, MARK C. RIFKIN, respectfully submit this declaration (the "Rifkin Declaration" or "Rifkin Decl.") in Opposition to Plaintiff Jo Anne Buzzo's Motion for Consolidation of Related Actions and for Appointment of Interim Lead Plaintiff, Interim Lead Counsel and Interim Liaison Counsel.

2. I am a member of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein" or the "Firm"), and one of the attorneys of record for plaintiff Monique Miller Fong and the proposed class members in the above captioned actions (the "Lehman ERISA Litigation.").

3. Attached hereto as Exhibit A is a true and correct copy of a June 18, 2008 request for Lehman Brothers Savings Plan documents pursuant to ERISA § 104(b)(4), 29 U.S.C. § 1024(b)(4).

4. Attached hereto as Exhibit B is a true and correct copy of a July 25, 2008 certified letter notifying the United States Secretary of the Treasury and Secretary of Labor of the filing of the *Rinehart* and *Fong* actions as required by ERISA § 502(h), 29 U.S.C. § 1132(h).

I hereby declare that the foregoing is true and correct.

Dated: July 29, 2008

/s/ Mark C. Rifkin
Mark C. Rifkin

516925

# EXHIBIT A

Case 1:08-cv-05598-LAK   Document 26-2   Filed 07/29/2008   Page 1 of 3

# GAINEY & McKENNA

ATTORNEYS AT LAW

e-mail: tjmckenna@gaineyandmckenna.com

295 MADISON AVENUE
FOURTH FLOOR
NEW YORK, NEW YORK 10017
TEL: (212) 983-1300
FAX: (212) 983-0383

666 GODWIN AVENUE
SUITE 230
MIDLAND PARK, NEW JERSEY 07432
TEL: (201) 689-9000
FAX: (201) 689-9969

Please Reply To The New York Address

June 18, 2008

**VIA FED EX – OVERNIGHT DELIVERY**
Ms. Wendy M. Uvino
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

   Re:  The Lehman Brothers Savings Plan
       Our File No.: 100.437

Dear Ms. Uvino:

  On behalf of our client, Alex E. Rhinehart, we write to request certain documents within the scope of Section 104(b)(4) of the Employee Retirement Income Security Act, 29 U.S.C. § 1132 ("ERISA") related to the Lehman Brothers Savings Plan (the "Plan"). Specifically, we request the following documents and any amendments thereto for the Plan:

- All Plan documents for the period of September 13, 2006 to the present, including master Plan documents, Summary Plan Descriptions, Annual Reports, Trust Agreements, Material Modifications, Prospectuses, SEC Form10-Ks, 11-Ks and S-8s, Internal Revenue Service Form 5500s, Investment Policy Statements and Investment Management Contracts, and all amendments, exhibits, or appendices thereto;

- All communications with participants regarding the Plan and any discussion of investment funds or options;

- All documents which identify the fiduciaries of the Plan;

- Copies of all rules, regulations, bylaws, and procedures adopted by the Plan;

- Any documents describing or setting forth fiduciary duties owed to the Plan and the Plan participants; and

- The Plan Committee and Board of Directors minutes and resolutions (including the minutes and resolutions of any committees and subcommittees thereof), relating to the Plan, and designation of

Ms. Uvino
June 18, 2008
Page 2

        investment funds or options.

        We request that you provide the foregoing documents to us within thirty (30) days of receiving this request.

        Very truly yours,

        GAINEY & McKENNA

*Thomas J. McKenna*

        Thomas J. McKenna

TJM/ne

# EXHIBIT B

## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

SCOTT J. FARRELL, ESQ.
DIRECT DIAL 212-545-4668
FACSIMILE 212-545-4653
FARRELL@WHAFH.COM

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

625 NORTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

July 25, 2008

**VIA CERTIFIED MAIL**
U.S. Department of Labor
Office of the Solicitor
N-4611
200 Constitution Avenue, N.W.
Washington, D.C. 20210

U.S. Treasury Department
Office of the General Counsel
Room 3000
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Re:    **Lehman Brothers Erisa**

Dear Sir/Madam:

As required by 29 U.S.C. §1132(h), please find complaints filed in the following actions:

**Rinehart v. Lehman Holdings Inc.**, 08 Civ. 5598 (S.D.N.Y.)

**Fong v. Lehman Brothers Holdings, Inc.**, 08 Civ. 6282 (S.D.N.Y.)

Sincerely,

Scott J. Farrell

SJF/jw/516520
Enclosures