Kaplan /J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
ALEX E. RINEHART, On Behalf of Himself And :
All Others Similarly Situated, :
: Civil Action No. 08-cv-5598
Plaintiff, :
:
vs. :
:
LEHMAN BROTHERS HOLDINGS INC., :
RICHARD S. FULD, JR., MICHAEL L. :
AINSLIE, JOHN F. AKERS, ROGER S. :
BERLIND, THOMAS H. CRUIKSHANK, :
MARSHA JOHNSON EVANS, SIR :
CHRISTOPHER GENT, ROLAND A. :
HERNANDEZ, HENRY KAUFMAN, JOHN D. :
MACOMBER, ERIN M. CALLAN, WENDY M. :
UVINO, THE EMPLOYEE BENEFIT PLANS :
COMMITTEE, and JOHN DOES 1-10, :
:
Defendants. :
---------------------------------------x

*-to be consolidated with-*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

**STIPULATION AND [PROPOSED] ORDER**

1. Defendants need not answer, move against, or otherwise respond to the four original complaints filed in the individual ERISA actions.

2. At the appropriate time and upon appointment of Interim Lead Counsel, the Court will set a schedule for the filing of a Consolidated Amended Complaint and any subsequent motions or other responses to the Consolidated Amended Complaint.

**IT IS SO ORDERED**

Dated 5/6/08

THE HONORABLE ~~LEWIS A. KAPLAN~~ Richard J. Sullivan
UNITED STATES DISTRICT JUDGE
Part I

5