UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALEX E. RINEHART, etc.,

                 Plaintiff,

               -against-

LEHMAN BROTHERS HOLDINGS INC., et al.,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JO ANNE BUZZO,

                 Plaintiff,

               -against-

LEHMAN BROTHERS HOLDINGS INC., et al.,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MONIQUE MIILER FONG, etc.,

                 Plaintiff,

               -against-

LEHMAN BROTHERS HOLDINGS INC., et al.,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARIA DE SOUSA, etc.,

                 Plaintiff,

               -against-

LEHMAN BROTHERS HOLDINGS INC., et al.,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 5598 (LAK)

08 Civ. 6245 (LAK)

08 Civ. 6282 (LAK)

08 Civ. 6626 (LAK)

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/08

LEWIS A. KAPLAN, *District Judge.*

IT IS HEREBY ORDERED, as follows:

1.     These and any actions arising out of the same operative facts now pending or

hereinafter filed in or transferred to this Court are hereby consolidated pursuant to Fed. R. Civ. P.

42(a).

2.     Every pleading hereafter filed in these cases shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE LEHMAN BROTHERS ERISA LITIGATION                08 Civ. 5598 (LAK)
                                                      and consolidated cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3.     When a case that arises out of the same operative facts as this action hereafter

is filed in or transferred to this Court, it shall be consolidated with this action in accordance with

paragraph 1, and the Clerk shall (a) file a copy of this order in the separate file for such action, (b)

mail a copy of this order to the attorneys in the newly-filed or transferred action, and (c) docket the

consolidation of these actions in the docket for both cases. Any party to a case consolidated pursuant

to this order may object to the consolidation by filing an appropriate motion in this action no later

than 14 days after the date the newly filed or transferred action first is docketed in this Court.

4.     Interim lead counsel shall be responsible for

(a)     Directing, coordinating and supervision plaintiffs' prosecution of the

case in consultation with other plaintiffs' counsel.

(b)     Communicating with the Court and defense counsel on behalf of

3

plaintiffs.

      (c)     Conducting any settlement negotiations.

      (d)     Coordinating the activities of plaintiffs' counsel to avoid duplication

of effort.

      5.     Absent leave of the Court, no motion shall be filed on behalf of any plaintiff

except by interim lead counsel.

      6.     Plaintiffs shall file a consolidated amended class complaint, which shall

supercede all extant complaints, no later than October 14, 2008.

      SO ORDERED.

Dated:     September 4, 2008

                                 Lewis A. Kaplan
                                 United States District Judge