UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
IN RE LEHMAN BROTHERS SECURITIES        :
AND ERISA LITIGATION                             :
                                                        :
This Document Applies To:                      :
*In re Lehman Brothers ERISA Litigation*,   :   Civil Action 09 MD 2017 (LAK)
08 Civ. 5598 (LAK)                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION OF DIRECTOR DEFENDANTS TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of the Director Defendants' Motion To Dismiss the Second Consolidated Amended Complaint,

the Declaration of Adam J. Wasserman and the exhibits attached thereto, and all of the pleadings

and proceedings herein, including *inter alia* the Memorandum of Law filed by Defendants

Wendy M. Uvino, Amitabh Arora, Mary Pat Archer, Michael Branca, Evelyne Estey, Adam

Feinstein and David Romhilt in support of their Motion to Dismiss the Second Consolidated

Amended Complaint (which the Director Defendants incorporate in relevant part), Defendants

Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson

Evans, Richard S. Fuld, Jr., Sir Christopher Gent, Jerry A. Grundhofer, Roland A. Hernandez,

Henry Kaufman and John D. Macomber (collectively, the "Director Defendants"), by and

through their undersigned attorneys, will move this Court before the Honorable Lewis Kaplan, at

the United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, at

a date and time to be determined by the Court, for an order, pursuant to Rules 8, 9(b) and/or

12(b)(6) of the Federal Rules of Civil Procedure dismissing the Plaintiffs' Second Consolidated

Amended Complaint in its entirety and with prejudice as to the Director Defendants, and for such

other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the stipulation of the parties and

order of the Court, opposition papers, if any, shall be served and filed on or before December 23,

2010, and reply papers, if any, shall be served and filed on or before January 17, 2011.

New York, New York
November 23, 2010

By: _____

Andrew J. Levander
(andrew.levander@dechert.com)
Kathleen N. Massey
(kathleen.massey@dechert.com)
Adam J. Wasserman
(adam.wasserman@dechert.com)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500

*Attorneys for Defendants Michael L. Ainslie, John F.
Akers, Roger S. Berlind, Thomas H. Cruikshank,
Marsha Johnson Evans, Sir Christopher Gent, Jerry
A. Grundhofer, Roland A. Hernandez, Henry
Kaufman and John D. Macomber*

Thomas K. Johnson II
(thomas.johnson@dechert.com)
J. Ian Downes
(ian.downes@dechert.com)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Of Counsel*

By: _____

Patricia M. Hynes
(patricia.hynes@allenovery.com)
Todd S. Fishman
(todd.fishman@allenovery.com)

ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendant
Richard S. Fuld, Jr.*