USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 12/3/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE LEHMAN BROTHERS ERISA  : 08 Civ. 5598 (LAK)
LITIGATION                                              : and consolidated cases
                                                                  :
                                                                  :
------------------------------------------------------------x

### STIPULATION AND [PROPOSED] ORDER TO UNSEAL THE SECOND CONSOLIDATED AMENDED COMPLAINT

WHEREAS, on September 22, 2010, the Plaintiffs filed the Second Consolidated Amended Complaint (the "SCAC");

WHEREAS, pursuant to the terms of the Protective Order issued by this Court on October 7, 2009, the Plaintiffs filed the SCAC under seal and marked it as "Confidential Information Subject To Protective Order" because it contained excerpts from confidential documents produced by certain Defendants;

WHEREAS, Defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Jerry A. Grundhofer, Roland A. Hernandez, Henry Kaufman, John D. Macomber (the "Director Defendants"), as well as Defendants Wendy M. Uvino, Amitabh Arora, Mary Pat Archer, Michael Branca, Evelyne Estey, Adam Feinstein and David Romhilt (the "Benefit Committee Defendants") do not object to the SCAC being unsealed or to the confidential documents produced by Defendants and referenced in the SCAC being disseminated on a non-confidential basis

IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

1. The SCAC and the documents produced by Defendants that are referenced therein may be disseminated on a non-confidential basis;

2. The Court shall order the SCAC to be unsealed; and

3. Nothing in this Stipulation shall otherwise impact the October 7, 2009 Protective Order or the documents covered thereby.

Dated: New York, New York
November ᵉ⁴, 2010

SIMPSON THACHER & BARTLETT LLP      DECHERT LLP

By: /s/ Michael J. Chepiga                By: _____
    Michael J. Chepiga                        Andrew J. Levander
    Jonathan K. Youngwood                     Kathleen N. Massey
    Janet A. Gochman                          Adam J. Wasserman
    425 Lexington Avenue                      1095 Avenue of the Americas
    New York, New York 10017-3954             New York, New York 10036-6797
    Tel.: (212) 455-2000                      Tel.: (212) 698-3500
    Fax: (212) 455-2502                       Fax: (212) 698-3599
    mchepiga@stblaw.com                       andrew.levander@dechert.com
    jyoungwood@stblaw.com                     kathleen.massey@dechert.com
    jgochman@stblaw.com                       adam.wasserman@dechert.com

*Attorneys for the Benefit Committee*        *Attorneys for the Director Defendants,*
*Defendants*                                 *other than Defendant Richard S. Fuld*

ALLEN & OVERY LLP

By: _____
    Patricia M. Hynes
    Todd S. Fishman
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 610-6300
    Facsimile: (212) 610-6399
    patricia.hynes@allenovery.com
    todd.fishman@allenovery.com

*Attorneys for Richard S. Fuld, Jr.*

3

Dated: New York, New York
       November 22, 2010

SIMPSON THACHER & BARTLETT LLP         DECHERT LLP

By: _____     By: _____
    Michael J. Chepiga                      Andrew J. Levander
    Jonathan K. Youngwood                   Kathleen N. Massey
    Janet A. Gochman                        Adam J. Wasserman
    425 Lexington Avenue                    1095 Avenue of the Americas
    New York, New York 10017-3954           New York, New York 10036-6797
    Tel.: (212) 455-2000                    Tel.: (212) 698-3500
    Fax: (212) 455-2502                     Fax: (212) 698-3599
    mchepiga@stblaw.com                     andrew.levander@dechert.com
    jyoungwood@stblaw.com                   kathleen.massey@dechert.com
    jgochman@stblaw.com                     adam.wasserman@dechert.com

    *Attorneys for the Benefit Committee*       *Attorneys for the Director Defendants,*
    *Defendants*                                *other than Defendant Richard S. Fuld*

ALLEN & OVERY LLP

By: _____
    Patricia M. Hynes
    Todd S. Fishman
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 610-6300
    Facsimile: (212) 610-6399
    patricia.hynes@allenovery.com
    todd.fishman@allenovery.com

    *Attorneys for Richard S. Fuld, Jr.*

Dated: New York, New York
November __, 2010

SIMPSON THACHER & BARTLETT LLP          DECHERT LLP

By: _____      By: _____
    Michael J. Chepiga                      Andrew J. Levander
    Jonathan K. Youngwood                   Kathleen N. Massey
    Janet A. Gochman                        Adam J. Wasserman
    425 Lexington Avenue                    1095 Avenue of the Americas
    New York, New York 10017-3954           New York, New York 10036-6797
    Tel.: (212) 455-2000                    Tel.: (212) 698-3500
    Fax: (212) 455-2502                     Fax: (212) 698-3599
    mchepiga@stblaw.com                     andrew.levander@dechert.com
    jyoungwood@stblaw.com                   kathleen.massey@dechert.com
    jgochman@stblaw.com                     adam.wasserman@dechert.com

*Attorneys for the Benefit Committee        Attorneys for the Director Defendants,
Defendants*                                 *other than Defendant Richard S. Fuld*

ALLEN &OVERY LLP

By: _____ (11/22/2010)
    Patricia M. Hynes
    Todd S. Fishman
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 610-6300
    Facsimile: (212) 610-6399
    patricia.hynes@allenovery.com
    todd.fishman@allenovery.com.

*Attorneys for Richard S. Fuld, Jr.*

4

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: *[signature]*
Daniel W. Krasner (D 6381)
Mark C. Rifkin (MR 0904)
Scott J. Farrell (SF 5922)
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 545-4653
Email: krasner@whafh.com
       rifkin@whafh.com
       farrell@whafh.com

GAINEY & MCKENNA

By: *[signature]*
Thomas J. McKenna
295 Madison Avenue, 4th Floor
New York, New York 10017
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gaineyandmckenna.com

*Interim Co-Lead Counsel for Plaintiffs*

*Interim Co-Lead Counsel for Plaintiffs*

SO ORDERED

*[signature]*

The Honorable Lewis A. Kaplan
United States District Judge

11/30, 2010