UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>In re Lehman Brothers ERISA Litigation, No. 08 Civ. 5598 (LAK) ECF CASE | No. 09 MD 2017 (LAK) |

## NOTICE OF APPEAL

Notice is hereby given that Plantiffs Alex E. Rinehart, Monique Miller Fong, Jo Anne Buzzo, Maria DeSausa, and Linda Demizio (collectively "Plaintiffs"), on behalf of themselves and a class of persons similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on the 10th day of July 2015, upon the Memorandum Opinion dated July 10, 2015, granting defendants' motion to dismiss the Third Consolidated Amended Complaint ("TCAC"), and from each and every part thereof.  True and correct copies of the Judgment and Memorandum Opinion are annexed hereto as Exhibits A and B.

Dated:   New York, New York
         July 14, 2015

*Respectfully submitted,*

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
   Daniel W. Krasner (DK 6381)
   Mark C. Rifkin (MR 0904)
   Michael Jaffe (MJ 1671)
   Matthew M. Guiney (MJ 5858)
270 Madison Avenue
New York, NY 10016
Tel:  (212) 545-4600
Fax:  (212) 545-4653
Email: kranser@whafh.com
       rifkin@whafh.com

jaffe@whafh.com
guiney@whafh.com

Thomas J. McKenna
Gregory M. Egleston
**GAINEY McKENNA & EGLESTON**
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
            gegleston@gme-law.com

*Co-Lead Counsel for Plaintiffs*


**SARRAF GENTILE LLP**
Ronen Sarraf
Joseph Gentile
11 Hanover Square, 2nd Floor
New York, NY 10005
Tel: (212) 868-3610
Fax: (212) 918-7967

**IZARD NOBEL LLP**
Robert A. Izard
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290

**MAJOR KHAN LLC**
Major Khan
20 Bellevue Terrace
Weehawken, NJ 07086
Tel: (646) 546-5664
Fax: (646) 546-5755

**MILBERG LLP**
Lori G. Feldman (LF 3478)
Arvind B. Khurana
One Pennsylvania Plaza
New York, NY 10119-0165
Tel: (212) 594-5300
Fax: (212) 868-1229

781727

**ZIMMERMAN REED**
Carolyn G. Anderson
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844

**LOCKRIDGE GRINDAL
 NAUEN P.L.L.P.**
Gregg M. Fishbein
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401-2197
Tel: (612) 339-6900
Fax: (612) 339-0981

**HARWOOD FEFFER LLP**
Robert I. Harwood
488 Madison Avenue, 8th Floor
New York, New York 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

**POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS LLP**
H. Adam Prussin
100 Park Avenue – 26th Floor
New York, NY 10017
Tel: (212) 661-1100
Fax: (212) 661-8665

**JAROSLAWICZ & JAROS**
225 Broadway, 24th Floor
New York, NY 10007
Tel: (212) 227-2780
Fax: (212) 227-5090

*Additional Counsel for Plaintiffs*